IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| CHARLES RAY BAKER, JR., #1608922, Plaintiff, | § § § |
| v. | §  3:11-CV-0675-P (BK) |
| BOB L. ALFORD, et al., Defendants. | § § § § |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. Plaintiff filed no objections, but instead filed a Motion for Appointment of Counsel. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions and Recommendation of the United States Magistrate Judge. Plaintiff's Motion for Appointment of Counsel is denied.

SO ORDERED this 30th day of June, 2011.

_____
UNITED STATES DISTRICT JUDGE